**Order entered September 30, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01426-CV

### IN THE MATTER OF R.M.H. AND J.M.H., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53202-98**

## ORDER

On January 10, 2014, this Court filed appellant's brief. On January 21, 2014, due to deficiencies in the brief, we directed appellant to file an amended brief by January 31, 2014. On January 31, 2014, appellant filed a motion for extension of time to file an amended brief, but instead of filing it in this Court, she filed it in the Supreme Court of Texas. This Court was unaware of the motion for extension until notified today by the supreme court. This case is currently set for submission on October 22, 2014.

We **GRANT** appellant's motion for extension of time to file an amended brief and extend the time for appellant to file her amended brief to October 20, 2014. If the amended brief is not filed on or before October 20, 2014, the appeal will be submitted on appellant's brief filed on January 10, 2014.

/s/     MOLLY FRANCIS
          PRESIDING JUSTICE